IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIAM R. JACKSON, | * | |
| Petitioner, | * | |
| v. | | Case No. 5:25-CV-86 (MTT) |
| | * | |
| GREGORY SAMPSON, | | |
| | * | |
| Respondent. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 8/17/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk